IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KINLEY MILLER FARMS, INC.**                                                                 **PLAINTIFF**

V.                         CASE NO. 5:17-CV-05019

**MONSANTO COMPANY and**
**HUNKE SPRAY SERVICE, INC.**                                                         **DEFENDANTS**

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Currently before the Court are Plaintiff's Motion for Voluntary Dismissal (Doc. 18) and Brief in Support (Doc. 19).

Having reviewed the Motion and Brief, the Court finds that the case should be, and hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2). All pending motions are **TERMINATED**, and the case is closed.

**IT IS SO ORDERED** this 6th day of March, 2017.

    /s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE